**NOTE CHANGES MADE BY THE COURT**
**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE KRONER THOMAS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KEENAN & ASSOCIATES, <br><br> Defendant. | Case No. 2:24-cv-01620-MCS-DTB <br><br> **ORDER GRANTING JOINT STIPULATION TO STAY CASES PENDING FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT (ECF NO. 25)** <br><br> Complaint filed:    February  27, 2024 |

1    Upon consideration of the Parties' Joint Stipulation to Stay Case Pending Final

2    Approval of Proposed Class Action Settlement, and good cause appearing, it is

3    **ORDERED** that the Stipulation is **GRANTED.** The above-captioned action is

4    hereby stayed pending final approval of the proposed class action settlement.

5    Defendant is hereby **ORDERED** to file a status report with the Court within three

6    business days after the Los Angeles County Superior Court addresses whether to

7    grant final approval to the settlement. **<u>For case administration purposes only, the</u>**

8    **<u>Court directs the Clerk to close the case.</u>**

9    **IT IS SO ORDERED on this 31st day of May, 2024.**

10

11

12    MARK C. SCARSI
      UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-                ORDER RE JOINT STIP. TO STAY
                   PENDING CLASS ACTION SETTLEMENT
                   Case No. 2:24-cv-01620-MCS-DTB